

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAP

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 30, 2017

By Hand and ECF

The Honorable Ann Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: Firearm Disposal

Dear Judge Donnelly:

       The government respectfully requests that the Court order that the Federal Bureau of Investigation ("FBI") be permitted to destroy or otherwise properly dispose of a firearm held as evidence by the FBI JFK Airport Office.[1]  The FBI closed the subject case in September 1994.  There are no pending judicial proceedings.  Specifically the subject evidence to be disposed is a Ruger Model 10/22 Carbine firearm, Serial Number 23481357 (FBI Evidence #1B-2, Barcode #E0572715).

       Accordingly, the government respectfully requests that the Court order that the

---

[1] FBI case number 89B-NY-226839

FBI may destroy or otherwise properly dispose of the Firearm.

                                        Respectfully submitted,

                                        Bridgette M. Rohde
                                        Acting United States Attorney

                          By:    /s/_____
                                        Judy Philips
                                        Assistant U.S. Attorney
                                        (718) 254-6449

SO ORDERED:

Brooklyn, NY
              , 2017

_____

The Honorable Anne Donnelly
United States District Judge
Eastern District of New York